# Exhibit A

| Contract | Published 2027 Overall Star Rating | Anticipated Overall Star Rating Without 28 Unlawful Measures | Star Rating Increase |
|---|---|---|---|
| H0523 | 3 | 3.5 | 0.5 |
| H0628 | 3.5 | 4.5 | 1 |
| H1109 | 4 | 4.5 | 0.5 |
| H1206 | 3.5 | 4.5 | 1 |
| H1608 | 4 | 4.5 | 0.5 |
| H1609 | 4 | 4.5 | 0.5 |
| H1692 | 3.5 | 4.5 | 1 |
| H2056 | 3 | 4 | 1 |
| H2293 | 3.5 | 4.5 | 1 |
| H2663 | 3.5 | 4.5 | 1 |
| H3146 | 3.5 | 4.5 | 1 |
| H3152 | 4 | 5 | 1 |
| H3192 | 3.5 | 4.5 | 1 |
| H3219 | 3.5 | 4 | 0.5 |
| H3239 | 3.5 | 4.5 | 1 |
| H3288 | 3.5 | 4.5 | 1 |
| H3312 | 3 | 4 | 1 |
| H3597 | 4 | 4.5 | 0.5 |
| H3748 | 3.5 | 4 | 0.5 |
| H3928 | 3.5 | 4.5 | 1 |
| H3931 | 3.5 | 4.5 | 1 |
| H3959 | 3.5 | 4.5 | 1 |
| H4523 | 3 | 4.5 | 1.5 |
| H4711 | 3 | 4 | 1 |
| H4835 | 3 | 4.5 | 1.5 |
| H4982 | 2.5 | 3.5 | 1 |
| H5302 | 3.5 | 4.5 | 1 |

| | | | |
|---|---|---|---|
| H5325 | 3 | 4 | 1 |
| H5521 | 4 | 4.5 | 0.5 |
| H5522 | 4.5 | 5 | 0.5 |
| H5593 | 4 | 4.5 | 0.5 |
| H5793 | 3 | 4 | 1 |
| H6303 | 4 | 4.5 | 0.5 |
| H6399 | 3 | 3.5 | 0.5 |
| H7149 | 4 | 4.5 | 0.5 |
| H7301 | 4 | 4.5 | 0.5 |
| H8597 | 3.5 | 4 | 0.5 |
| H8649 | 3.5 | 4 | 0.5 |
| H9314 | 4 | 4.5 | 0.5 |
| H9431 | 2.5 | 4 | 1.5 |
| H9771 | 4 | 4.5 | 0.5 |
| R6694 | 4 | 4.5 | 0.5 |
| S5601 | 2.5 | 3.5 | 1 |